No. 933. JEFFERSON STANDARD LIFE INSURANCE Co. *v.* DELONG. May 20, 1940. Petition for writ of cer-

tiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Giles J. Patterson, Julius C. Smith,* and *C. R. Wharton* for petitioner. *Mr. Charles Cook Howell* for respondent.